

SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   RICHARD ANTHONY LOPEZ
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336 / Fax: 702.388.6418
5  tony.lopez@usdoj.gov

6  GLENN S. LEON
   Chief, Fraud Section
7  SARA HALLMARK
   Trial Attorney
8  U.S. Department of Justice
   Fraud Section
9  PO Box 386
   Washington, DC 20044
10 (202) 514-2696
   Sara.Hallmark2@usdoj.gov
11 *Attorney for the United States*

**FILED**

JUN 25 2024

U.S. MAGISTRATE JUDGE

BY_____

12              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
13

   UNITED STATES OF AMERICA,
14
              Plaintiff,              Case No   2:24-MJ-  558   -MDC
15
          v.                          **GOVERNMENT'S MOTION TO**
16                                    **SEAL COMPLAINT**

17  GARY GERARD TOPOLEWSKI,           **(Filed Under Seal)**

              Defendant.
18

19        The government respectfully moves this Honorable Court for an Order sealing the

20  Complaint, this motion, and the Court's Sealing Order, in the above-captioned matter, until

21  such time as this Honorable Court, or another Court of competent jurisdiction, shall order

22  otherwise.

23        In this case, an order sealing the Complaint would be appropriate because the

24  disclosure of the Complaint may alert the defendant of a pending arrest. Although the

1  defendant may be aware of the FBI investigation into his conduct, he is unlikely unaware of

2  the extent of the investigation or of his imminent arrest. Accordingly, there is reason to

3  believe that the disclosure of the information contained within the Complaint will give the

4  defendant an opportunity to flee or continue flight from prosecution, or destroy or tamper

5  with evidence.

6        Accordingly, there is reason to believe that notification of the existence of the

7  complaint will seriously jeopardize the investigation and would likely place law

8  enforcement at higher risk of confrontation when securing the arrest of the defendant.

9        DATED this 25th day of June, 2024.

10                               Respectfully submitted,
                              JASON M. FRIERSON

11                               United States Attorney

12

13 

14

                              RICHARD ANTHONY LOPEZ

15                               Assistant United States Attorney

16                               SARA HALLMARK
                              Trial Attorney

17                               U.S. Department of Justice
                              Fraud Section

18

19

20

21

22

23

24

**FILED**
MAY 25 2024
U.S. MAGISTRATE JUDGE
BY _____

1
2
3
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

4  UNITED STATES OF AMERICA,

5              Plaintiff,

6       v.

7  GARY GERARD TOPOLEWSKI,

8              Defendant.

9

Case No  2:24-MJ-  558  -MDC

**ORDER ON GOVERNMENT'S**
**MOTION TO SEAL COMPLAINT**

**(Filed Under Seal)**

10       Based on the pending motion of the Government, and good cause appearing

11  therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's motion, and

12  this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order

13  of the Court.

14       DATED this _____ day of June, 2024.

15

16

17       _____
         HON. MAXIMILIANO D. COUVILLIER, III
18       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

3