# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GARY GERARD TOPOLEWSKI,<br><br>　　　　　　Defendant. | Case No. 2:24-cr-00150-GMN-NJK<br><br>ORDER<br><br>(Docket No. 31) |

　　　Pending before the Court is the motion to withdraw as counsel filed by the attorney for Defendant Gary Gerard Topolewski. Docket No. 31. The Court hereby **SETS** a hearing on that motion for 10:00 a.m. on December 2, 2024, in Courtroom 3C. Defendant must be present for the hearing.

　　　The motion indicates that Defendant intends to retain new counsel. If new counsel is retained prior to the above hearing, a request to substitute counsel must be filed in prompt fashion.

　　　IT IS SO ORDERED.

　　　DATED: November 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE