# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00150-GMN-NJK |
| Plaintiff, | **Order** |
| v. | (Docket Nos. 31, 34) |
| GARY GERARD TOPOLEWSKI, | |
| Defendant. | |

On November 4, 2024, Defendant Gary Gerard Topolewski's attorney, Crane Pomerantz, filed a motion to withdraw as attorney. Docket No. 31. The Court set a hearing on this motion for December 2, 2024. Docket No. 32. On November 26, 2024, a motion to substitute attorney was filed, which seeks to substitute Jack Buchanan into the case as Defendant's attorney. Docket No. 34.

The Court **GRANTS** the motion to substitute. Docket No. 34. Jack Buchanan is substituted into the case as Defendant's attorney and Crane Pomerantz is withdrawn. The motion to withdraw is **DENIED** as moot. Docket No. 31. The hearing set for December 2, 2024, is **VACATED**.

IT IS SO ORDERED.

DATED: November 26, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE