# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00150-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 37] |
| GARY GERARD TOPOLEWSKI, | |
| Defendant(s). | |

On January 29, 2025, attorney Jack Buchanan filed on the public docket sensitive non-party medical records that include personal identifying information. Docket No. 37. Attorneys are required to redact personal identifying information, including dates of birth. Local Rule IC 6-1(a). Attorneys are also expected to be mindful to seek other protection as appropriate (such as sealing) when filing sensitive nonparty information with the Court. *See* Local Rule IA 10-5 (addressing procedures for seeking to seal filings). The Court **STRIKES** this filing. Counsel is warned that he is expected to comply with the local rules moving forward.

IT IS SO ORDERED.

Dated: January 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge