PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 2:24-cr-150-GMN-NJK

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☑ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    Las Vegas
DISTRICT OF NEVADA                Divisional Office

Name and Office of Person
Furnishing Information on    Ellenrose Jarmolowich
THIS FORM    ☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney    TONY LOPEZ ~ SARA HALLMARK
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Ian Dickenson ~ FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of offense | County

---

USA vs.

Defendant: GARY GERARD TOPOLEWSKI

Address:

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 04 2025

U.S. DISTRICT COURT
DEPUTY

☐ Interpreter Required    Dialect:

Birth Date ___    ☑ Male    ☐ Alien
☐ Female    (if applicable)

Social Security Number ___

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ___ or Date Transferred to Federal Custody ___

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ___

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts  21

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. §§ 1344(1) & (2), and 2(b) | Bank Fraud | 1 thru 9 |
| | 18 U.S.C. § 1956(a)(1)(B)(i) | Concealment Money Laundering | 10 thru 14 |
| | 18 U.S.C. § 1957 | Money Laundering | 15 thru 20 |
| | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 21 |
| | | | |