TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov

LORINDA I. LARYEA
Chief, Fraud Section
SARA HALLMARK
Trial Attorney
Department of Justice
Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20005
sara.hallmark2@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-150-GMN-NJK |
| Plaintiff, | **Stipulation to Continue Sentencing (First Request)** |
| v. | |
| GARY GERARD TOPOLEWSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Richard Anthony Lopez, Assistant United States Attorney, and Sara Hallmark, Trial Attorney, counsel for the United States of America; and Heidi Ojeda, Assistant Federal Public Defender, counsel for defendant Gary Gerard Topolewski, that the Court continue the sentencing scheduled for March 27, 2026, at 10:00 a.m., to a date convenient to the Court, but no sooner than April 27, 2026.

This Stipulation is entered into for the following reasons:

1.      On December 15, 2025, defendant Topolewski pled guilty to one count of bank fraud in violation of 18 U.S.C. § 1343. The Court scheduled sentencing for March 27, 2026, at 10:00 a.m.

2.      Lead counsel for the government will be unavailable February 17, 2026 through and including April 24, 2026.

3.      This continuance is not sought for purposes of delay, but to accommodate the schedule of counsel for the government.

4.      For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing.

5.      The parties agree to the request for continuance.

DATED this 3rd day of February, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

*/s/ Heidi Ojeda*                                      */s/ Sara Hallmark*
HEIDI OJEDA                                       SARA HALLMARK
Assistant Federal Public Defender          Trial Attorney
Counsel for Defendant TOPOLEWSKI     RICHARD ANTHONY LOPEZ
                                                              Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-150-GMN-NJK |
| Plaintiff, | |
| v. | **Order Granting Stipulation to Continue Sentencing (First Request)** |
| GARY GERARD TOPOLEWSKI, | |
| Defendant. | |

Based on the parties' stipulation to continue the sentencing hearing, and good cause appearing therefore, the Court hereby finds that:

1. On December 15, 2025, defendant Topolewski pled guilty to one count of bank fraud in violation of 18 U.S.C. § 1343. The Court scheduled sentencing for March 27, 2026, at 10:00 a.m.

2. Lead counsel for the government will be unavailable February 17, 2026 through and including April 24, 2026.

3. This continuance is not sought for purposes of delay, but to accommodate the schedule of counsel for the government.

4. For the reasons stated above, the ends of justice would best be served by a continuance of the sentencing.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for March 27, 2026, at 10:00 a.m. is reset to _10:00 a.m._ on _____ May 15 ___, 2026, in Courtroom 7D.

DATED: _February 4, 2026_____

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3