# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

GARY GERARD TOPOLEWSKI ,

                Defendant.

Case No.: 2:24-cr-00150-GMN-NJK

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Pending before the Court is the Motion to Withdraw as Counsel and Appoint CJA, (ECF No. 77), filed by Assistant Federal Public Defender Heidi Ojeda.  Ojeda requests the Court vacate the hearing set for March 27, 2026, and issue an order allowing counsel to withdrawal from this case and appoint CJA counsel to represent Defendant Topolewski.  For the reasons provided in the motion, the Court GRANTS the Motion to Withdraw as Counsel and Appoint CJA.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel and Appoint CJA Counsel, (ECF No. 77), is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing set for March 27, 2026 is **VACATED**.

The Clerk of Court is kindly directed to provide a copy of this Order to the CJA Coordinator and Defendant.

Dated this _25_ day of March, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1