LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Gary Topolewski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>GARY GERARD TOPOLEWSKI<br><br>        Defendant. | CASE NO:  2:24-CR-150-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Richard Anthony Lopez, Assistant United States Attorney, and Sara Hallmark, Trial Attorney, Department of Justice Criminal Division; and Defendant GARY TOPOLEWSKI by and through his attorney, Lucas J. Gaffney, Esq., that the Court continue the sentencing scheduled for May 15, 2026 at 10:00 a.m. to a date convenient to the Court, but no sooner than June 8, 2026.

This Stipulation is entered into for the following reasons:

1. On December 15, 2025, GARY TOPOLEWSKI, changed his plea and the Court set his sentencing for March 27, 2026. ECF 69. On February 4, 2026, the parties filed a stipulation to continue sentencing due to the unavailability of counsel. ECF 72.

1

2. On March 25, 2026, the Court granted GARY TOPOLEWSKI'S motion to dismiss counsel. ECF 78. That same day, the Court appointed Lucas Gaffney, Esq. to represent GARY TOPOLEWSKI.

3. On April 8, 2026, United States Probation issued GARY TOPOLEWSKI'S Presentence Investigation Report ("PSR"). ECF 80. Subsequently, GARY TOPOLEWSKI identified numerous issues that may affect his sentence. Due to counsel's recent appointment, he needs additional time to research the factual basis of the issues identified by GARY TOPOLEWSKI and determine whether they rise to the level that formal objections to the PSR are necessary.

4. Further, counsel for GARY TOPOLEWSKI requires additional time to prepare for sentencing. Specifically, counsel is in the process of obtaining character letters and other information he believes in good faith will provide support for arguments in mitigation of GARY TOPOLEWSKI'S sentence.

5. GARY TOPOLEWSKI is currently in custody and does not object to the continuance.

6. Counsel for the United States of America—Richard Anthony Lopez and Sara Hallmark—do not object to the instant request for a continuance.

7. The parties further stipulate and agree to continue GARY TOPOLEWSKI sentencing to no sooner than the week of June 8, 2026.[1]

8. This continuance is not sought for purposes of delay, but to ensure GARY TOPOLEWSKI receives effective assistance of counsel in relation to his sentencing.

///

///

---

[1] Please note that lead counsel for the government is unavailable the week of June 1, 2026.

9. For the reasons stated above, the ends of justice would best be served by a continuance of GARY TOPOLEWSKI'S sentencing.

**IT IS SO STIPULATED** this 22nd day of April 2026

*Respectfully submitted,*

*/s/ Lucas Gaffney*
LUCAS J. GAFFNEY, ESQ.
*Attorney for Gary Topolewski*

*TODD BLANCHE*
Acting Attorney General

*/s/ Sara Hallmark*
*SARA HALLMARK*
*Attorney for the United States of America*

*/s/ Tony Lopez*
RICHARD ANTHONY LOPEZ
*Attorney for the United States of America*

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY GERARD TOPOLEWSKI<br><br>Defendant. | CASE NO: 2:24-CR-150-GMN-NJK<br><br>**Order Granting Stipulation to Continue Sentencing (Second Request)** |

Based on the parties' stipulation to continue the sentencing hearing, and good cause appearing therefore, the Court hereby finds that:

1. On December 15, 2025, GARY TOPOLEWSKI, changed his plea and the Court set his sentencing for March 27, 2026. ECF 69. On February 4, 2026, the parties filed a stipulation to continue sentencing due to the unavailability of counsel. ECF 72.

2. On March 25, 2026, the Court granted GARY TOPOLEWSKI'S motion to dismiss counsel. ECF 78. That same day, the Court appointed Lucas Gaffney, Esq. to represent GARY TOPOLEWSKI.

3. On April 8, 2026, United States Probation issued GARY TOPOLEWSKI'S Presentence Investigation Report ("PSR"). ECF 80. Subsequently, GARY TOPOLEWSKI identified numerous issues that may affect his sentence. Due to counsel's recent appointment, he needs additional time to research the factual basis of the issues identified by GARY TOPOLEWSKI and determine whether they rise to the level that formal objections to the PSR are necessary.

4. Further, counsel for GARY TOPOLEWSKI requires additional time to prepare for sentencing. Specifically, counsel is in the process of obtaining character letters and other information he believes in good faith will provide support for arguments in mitigation of GARY TOPOLEWSKI'S sentence.

5. GARY TOPOLEWSKI is currently in custody and does not object to the continuance.

6. Counsel for the United States of America—Richard Anthony Lopez and Sara Hallmark—do not object to the instant request for a continuance.

7. The parties further stipulate and agree to continue GARY TOPOLEWSKI sentencing to no sooner than June 8, 2026.

8. This continuance is not sought for purposes of delay, but to ensure GARY TOPOLEWSKI receives effective assistance of counsel in relation to his sentencing.

9. For the reasons stated above, the ends of justice would best be served by a continuance of GARY TOPOLEWSKI'S sentencing.

### **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for May 15, 2026, at 10:00 a.m. is reset to _____ June 12 _____, 2026, at _9:30 a.m._ in Courtroom 7D.

DATED: ___ April 23, 2026 ___

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE