## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

GARY GERARD TOPOLEWSKI

    Defendant.

CASE NO:  2:24-CR-150-GMN-NJK

**Order Granting Stipulation to Continue Sentencing (Third Request)**

Based on the parties' stipulation to continue the sentencing hearing, and good cause appearing therefore, the Court hereby finds that:

1. On December 15, 2025, GARY TOPOLEWSKI, changed his plea and the Court set his sentencing for March 27, 2026. ECF 69. On February 4, 2026, the parties filed the first stipulation to continue sentencing due to the unavailability of counsel. ECF 72.

2. On March 25, 2026, the Court granted GARY TOPOLEWSKI'S motion to dismiss counsel. ECF 78. That same day, the Court appointed Lucas Gaffney, Esq. to represent GARY TOPOLEWSKI.

3. On April 22, 2026, the parties filed a second stipulation to continue GARY TOPOLEWSKI'S sentencing because counsel for GARY TOPOLEWSKI required additional time to research the factual basis of numerous issues contained in his Presentence Investigation Report ("PSR") in order to determine if the issue(s) warranted formal objection(s). ECF 81. On April 23, 2026, the Court granted the parties' stipulation and set GARY TOPOLEWSKI'S sentencing for June 12, 2026, at 9:30 a.m. ECF 82.

4. Subsequent to the second stipulation, counsel's wife suffered a severe back injury. Since then, counsel has spent a significant amount of time caring for his wife at home, which has hampered counsel's ability to effectively prepare for GARY TOPOLEWSKI'S sentencing. As such, counsel requires a short continuance to complete his mitigation investigation, draft a sentencing memorandum, and finalize GARY TOPOLEWSKI'S sentencing arguments.

5. GARY TOPOLEWSKI is currently in custody and does not object to the continuance.

6. Counsel for the United States of America—Richard Anthony Lopez and Sara Hallmark—do not object to the instant request for a continuance.

7. The parties further stipulate and agree to continue GARY TOPOLEWSKI sentencing to a date and time convenient to the Court during the week of July 6, 2026.

8. This continuance is not sought for purposes of delay, but to ensure GARY TOPOLEWSKI receives effective assistance of counsel in relation to his sentencing.

9. For the reasons stated above, the ends of justice would best be served by a continuance of GARY TOPOLEWSKI'S sentencing.

///

///

///

///

//

///

///

///

5

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for June 12, 2026, at 9:30 a.m. is reset to _____ July 7 , 2026, at 11:00 a.m. in Courtroom 7D.

DATED: _____ June 5, 2026 _____

_____

HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

6