✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

JUL - 7 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-150-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| GARY GERARD TOPOLEWSKI, | |
| Defendant. | |

This Court found that Gary Gerard Topolewski shall pay the in personam criminal forfeiture money judgment of $21,858,856.34 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Superseding Criminal Indictment, ECF No. 39; Bill of Particulars, ECF No. 57; Change of Plea, ECF No. 69; Plea Agreement, ECF No. 70; Amended Preliminary Order of Forfeiture, ECF No. 84.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $21,858,856.34 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following is forfeited to the United States:

1. the amount of the illegal proceeds used to purchase real property located at 18765 Tuba Street (Northridge Area), Los Angeles, CA 91324, more particularly described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 19 OF TRACT NO. 17404, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 596, PAGE(S) 26 AND 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY.

EXCEPT THEREFROM "ANY AND ALL OILS AND MINERALS LYING 200 FEET BELOW THE SURFACE OF LOTS 1 TO 63 INCLUSIVE OF TRACT NO. 17404, AS PER MAP RECORDED IN BOOK 596 PAGES 26 AND 27 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, WITHOUT ANY RIGHT TO THE USE OF THE SURFACE OR THE SUBSURFACE TO A DEPTH OF 200 FEET BELOW THE SURFACE FOR ANY PURPOSE THAT MAY BE INCIDENTAL TO THE OWNERSHIP OF SAID SUBSTANCES." WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 2729-010-019;

2. the amount of the illegal proceeds used to purchase real property located at W. 80th Street, Rosamond, CA 93560, more particularly described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN COUNTY OF KERN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PARCEL 1 OF PARCEL MAP 9627, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER PARCEL MAP FILED JULY 16, 1999 IN BOOK 50, PAGES 147 THROUGH 149, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER SAID COUNTY.

EXCEPT UNTO THE GRANTOR HEREIN 50% OF ALL GAS, OIL, HYDROCARBON AND OTHER MINERALS IN AND UNDER SAID LAND, BUT WITHOUT ANY RIGHT OF ENTRY TO THE SURFACE THEREOF, AS RESERVED BY AMERLAND CORPORATION, A CALIFORNIA CORPORATION, AS PER DEEDS RECORDED APRIL 11, 1986 IN BOOK 5941 PAGE 579, OF OFFICIAL RECORDS; WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 374-200-58-00-3; and

3. a total in personam criminal forfeiture money judgment of $21,858,856.34;

the forfeiture of the in personam criminal forfeiture money judgment is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); the in personam criminal forfeiture money judgment shall be collected; and the collected amount shall be disposed of according to law.

///

2

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Gary Gerard Topolewski the in personam criminal forfeiture money judgment of $21,858,856.34 under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____July 7_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3